846

No. 79–6396.   FLYNN v. WISCONSIN.   Sup. Ct. Wis.   Certiorari denied.

No. 79–6403.   LAPA v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 79–6407.   GANEY v. EDWARDS ET AL.   C. A. 4th Cir. Certiorari denied.

No. 79–6410.   JAMES v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 79–6434.   PHELPS v. GEORGIA.   Sup. Ct. Ga.   Certiorari denied.

No. 79–6447.   HOLMES v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 79–6448.   MARSHALL v. FLORIDA.   Dist. Ct. App. Fla., 2d Dist.   Certiorari denied.

No. 79–6449.   MONTIGUE v. OREGON.   Sup. Ct. Ore.   Certiorari denied.

No. 79–6453.   McGILL v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 79–6454.   STRUM v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 79–6456.   PARTON v. WYRICK, WARDEN, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 79–6458.   JOHNSON v. CITY OF BIRMINGHAM, ALABAMA.   Ct. Crim. App. Ala.   Certiorari denied.

No. 79–6460.   JORDAN, AKA ADAMS v. OREGON.   Sup. Ct. Ore.   Certiorari denied.